

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-25-00537-CV

_____

IN RE JOSE PORTALATIN, Relator

---

Original Proceeding
Criminal District Court No. 2 of Tarrant County, Texas
Trial Court No. 1592061, 1562451

---

Before Kerr, J.; Sudderth, C.J.; and Bassel, J.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION

The court has considered relator's petition for writ of habeas corpus and is of the opinion that relief should be denied. Accordingly, relator's petition for writ of habeas corpus is denied.

Per Curiam

Delivered: October 14, 2025